ACCEPTED
01-13-00805-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/10/2015 9:44:47 AM
CHRISTOPHER PRINE
CLERK

IN THE
FIRST COURT OF APPEALS
OF TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/10/2015 9:44:47 AM
CHRISTOPHER A. PRINE

RODNEY CARNELL MAYS §
§
VS. § CASE NO. 01-13-00805-CR
§
THE STATE OF TEXAS §

## MOTION TO EXTEND TIME WITHIN WHICH TO FILE APPELLATE BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

NOW COMES, RODNEY CARNELL MAYS, appellant in the above-styled and numbered cause, by and through his attorney of record, Daucie Schindler, and respectfully moves the Court for an extension of time within which to file the appellate brief, and for cause would show the Court as follows:

I.

Mr. Mays was charged with the misdemeanor offense of assault on a family member. On September 3, 2013, Mr. Mays entered a plea of not guilty and proceeded to trial. The judge found Mr. Mays guilty as charged. Mr. Mays' punishment was assessed by agreement at fifty-six (56) days in the Harris County jail.

II.

Mr. Mays filed timely notice of appeal. Undersigned counsel, of The Harris County Public Defender's Office was appointed to represent Mr. Mays on October 3,

2014.

## III.

The appellate brief is due to be filed with the Court on or before April 10, 2015. One previous extension has been requested.

## IV.

Undersigned counsel has been working simultaneously on appeal in State v. Briones, State v. Snavely, State v. Tavarez, State v. Fletcher, State v. Marks, State v. Umanzor, and State v. Phillips. Counsel is diligently working on the brief in this case, but requests additional time having only just recognized a meritorious issue and needing to confer with the client.

## V.

This request is made not to delay the proceedings, but to ensure that Mr. Mays is adequately represented.

WHEREFORE, PREMISES CONSIDERED, Mr. Mays respectfully prays that this motion be granted and that the Court permits an extension of time until May 11, 2015, to file the appellate brief.

Respectfully submitted,

**ALEXANDER BUNIN**
Chief Public Defender
Harris County Texas

/s/ *Daucie Schindler*
**DAUCIE SCHINDLER**
Assistant Public Defender
Harris County Texas
1201 Franklin, 13th Floor
Houston Texas 77002
(713) 368-0016
(713) 368-9278 (Fax)
Daucie.Schindler@pdo.hctx.net

Attorney for Appellant,
**RODNEY CARNELL MAYS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Appellant's Motion to Extend Time within Which to File Appellate Brief was e-mailed to the Appellate Division of the Harris County District Attorney's Office on this 10th day of April, 2015.

/s/ *Daucie Schindler*
**DAUCIE SCHINDLER**